IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERAJUL HAQUE,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, *et al*.<br><br>    Defendants.<br>_____ / | No. C 06-80148 WHA<br><br><br>**ORDER DENYING<br>FILING OF COMPLAINT** |

       By order dated January 21, 2005, Judge Marilyn Patel declared plaintiff Serajul Haque a vexatious litigant (No. C. 04-0231, Dkt. No. 7). As such, plaintiff is required to obtain leave of court before filing a new complaint. The pre-filing order states that plaintiff "shall not file any complaint, petition or other pleading submitted by plaintiff attempting to initiate an action relating to employment or employment-related matters unless permitted by this judge after pre-filing review." Plaintiff has already filed more than forty cases (No. C. 06-80148, Dkt. No.1 at 2). Plaintiff now seeks to file an employment discrimination complaint (No. C. 06-80148, Dkt. No. 2).

       The undersigned judge received this action as a general duty matter. The Court has reviewed the employment discrimination complaint and finds it to be incomprehensible and difficult to discern plaintiff's legal claim(s). At certain points, the writing is also illegible. Furthermore, it is unclear who plaintiff attempts to sue. For example, the case caption does not

1  include the United States Department of Justice as a defendant, but plaintiff names the United
2  States Department of Justice as "lead defendant" within the body of the complaint.
3      `    Based on this Court's pre-filing review, and for the reasons stated above, it is determined
4  that plaintiff will not be permitted to file the complaint. The **CLERK IS INSTRUCTED THAT THE**
5  **COMPLAINT SHALL NOT BE FILED**.

7      **IT IS SO ORDERED.**



9  Dated: November 7, 2011.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California